**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

15-20851- EPK

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: W. Charles Robinson   JOINT DEBTOR: _____   CASE NO.: _____
Last Four Digits of SS# 3731   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.  $ 2533.00 for months 1 to 60 ;
- B.  $_____ for months _____ to _____ ;
- C.  $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __N/A__ TOTAL PAID $ _____
Balance Due   $_____ payable $_____ /month (Months _____ to _____ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Wells Fargo Bank, N.A.   Arrearage on Petition Date  $ 45,599.59
   Address: P.O. Box 650828, Dallas, TX   Arrears Payment  $ 800.00 /month (Months 1 to 60 )
   Regular Payment  $ 1503.21 /month (Months 1 to 60 )
   Account No: _____

2. _____   Arrearage on Petition Date  $_____
   Address: _____   Arrears Payment  $_____ /month (Months _____ to _____ )
   Regular Payment  $_____ /month (Months _____ to _____ )
   Account No: _____

3. _____   Arrearage on Petition Date  $_____
   Address: _____   Arrears Payment  $_____ /month (Months _____ to _____ )
   Regular Payment  $_____ /month (Months _____ to _____ )
   Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____To_____ |  |
|  | $ | % | $ | _____To_____ |  |
|  | $ | % | $ | _____To_____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
   Payable  $_____ /month (Months____ to ____) Regular Payment $_____
2. _____   Total Due $_____
   Payable  $_____ /month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ N/A _____ /month (Months _____ to _____ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____   _____
Debtor                            Joint Debtor
Date: June 16, 2015               Date: _____

LF-31 (rev. 01/08/10)