**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**     15-20851- EPK

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: W. Charles Robinson    JOINT DEBTOR:_____    CASE NO.:_____
Last Four Digits of SS# 3731    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ 2533.00   for months  1   to 60  ;
B.   $_____ for months _____ to _____;
C.   $_____ for months _____ to _____; in order to pay the following creditors:

<u>Administrative:</u>  Attorney's Fee - $_____N/A_____ TOTAL PAID $_____
                 Balance Due  $_____ payable $_____/month (Months _____ to _____)

<u>Secured Creditors:</u> [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Wells Fargo Bank, N.A.           Arrearage on Petition Date  $ 45,599.59
   Address: P.O. Box 650828, Dallas, TX    Arrears Payment   $ 800.00   /month (Months  1  to 60 )
                                      Regular Payment   $ 1503.21   /month (Months  1  to 60 )
   Account No: _____

2. _____                       Arrearage on Petition Date  $_____
   Address: _____              Arrears Payment   $_____ /month (Months _____ to _____)
   _____                       Regular Payment   $_____ /month (Months _____ to _____)
   Account No: _____

3. _____                       Arrearage on Petition Date  $_____
   Address: _____              Arrears Payment   $_____ /month (Months _____ to _____)
   _____                       Regular Payment   $_____ /month (Months _____ to _____)
   Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To _____ |  |
|  | $ | % | $ | _____ To _____ |  |
|  | $ | % | $ | _____ To _____ |  |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1. _____        Total Due  $_____
                     Payable   $_____ /month (Months____ to ____) Regular Payment $_____
2. _____        Total Due  $_____
                     Payable   $_____ /month (Months____ to ____) Regular Payment $_____

<u>Unsecured Creditors:</u> Pay $ N/A _____ /month (Months_____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_W. Charles Robinson_ (signed)          _____
Debtor                                   Joint Debtor
Date: June 16, 2015                      Date: _____

LF-31 (rev. 01/08/10)